IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARISSA BIBBS** | : **CIVIL ACTION** |
| | : |
| v. | : **NO. 20-4514** |
| | : |
| **TRANS UNION LLC** | : |

## ORDER

**AND NOW,** this 23rd day of February 2021, upon considering Defendant's Motion for judgment on the pleadings (ECF Doc. No. 27), Plaintiff's Response and Cross-Motion for judgment or to amend (ECF Doc. No. 37), Defendant's Reply (ECF Doc. No. 39), following extensive oral argument (ECF Doc. No. 44), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendant's Motion for judgment (ECF Doc. No. 27) on the amended Complaint is **GRANTED**; and,

2. Plaintiff's Cross-Motion for judgment (ECF Doc. No. 37) is **DENIED in part** and **GRANTED in part** solely to allow her leave to file a second amended Complaint no later than **March 5, 2021** if she can do so consistent with Fed.R.Civ.P. 11.

_____
KEARNEY, J.